UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

          Plaintiff,

v.    No. 12-CR-59-MCA

RONNIE JEROME THOMAS,

          Defendant.

## ORDER

**THIS MATTER** is before the Court on Defendant's Motion in Response to Government Notice of Intention to Offer Expert Testimony [Doc. 95] filed on February 19, 2014. Defendant filed this motion in *pro se* status prior to the appointment of current counsel. After reviewing the parties' submissions, the relevant law, and otherwise being fully advised in the premises, the Court denies Defendant's motion without prejudice. If counsel wishes to resubmit the motion under the proper standard, she may do so within seven (7) days of the entry of this order.

**IT IS THEREFORE ORDERED** that Defendant's Motion in Response to Government Notice of Intention to Offer Expert Testimony [Doc. 95] is **DENIED without prejudice.**

**SO ORDERED** this 22nd day of June, 2015, in Albuquerque, New Mexico.

_____
M. CHRISTINA ARMIJO
Chief United States District Judge